ACCEPTED
03-17-00483-CV
21101006
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/5/2017 4:25 PM
JEFFREY D. KYLE
CLERK

**No. 03-17-00483-CV**

---

## IN THE THIRD COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/5/2017 4:25:08 PM
JEFFREY D. KYLE
Clerk

INTEGRITY Global Security, LLC and Green Hills Software, Inc.,

*Appellants,*

v.

Dell Marketing L.P., Dell Federal Systems L.P., and Dell Products, L.P.,

*Appellees.*

---

On Appeal from the 345th Judicial District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-16-000345

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANTS' REPLY BRIEF

Dale Wainwright
State Bar No. 00000049
wainwrightd@gtlaw.com
Alan W. Hersh
State Bar No. 24080944
hersha@gtlaw.com
GREENBERG TRAURIG, LLP
300 West 6th Street, Suite 2050
Austin, Texas  78701
Telephone:  (512) 320-7200
Facsimile:  (512) 320-7210

Frank E. Merideth, Jr.
Admitted *Pro Hac Vice*
meridethf@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone:  (310) 586-7825
Facsimile:  (310) 586-0275

**COUNSEL FOR APPELLANTS INTEGRITY GLOBAL SECURITY, LLC AND GREEN HILLS SOFTWARE, INC.**

TO THE HONORABLE COURT:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(a), Appellants INTEGRITY Global Security, LLC and Green Hills Software, Inc. (collectively "Appellants") file this unopposed motion requesting an extension of time to file their reply brief, which is currently due on December 11, 2017. Appellants seek a thirty day extension, up to an including January 10, 2018, in which to file their reply brief. This is Appellants' first request for an extension of this deadline. Appellees do not oppose the requested extension.

Appellants request this extension to allow appellate counsel an opportunity to fully analyze and respond to the issues presented in Appellees' response brief. The Court previously granted Appellees' unopposed motion for a 30-day extension in which to file their Appellees' Brief. Appellees' Brief is nearly sixty pages long, excluding appendices, and Appellants require additional time to adequately and fully respond to the complex issues presented in this appeal.

Furthermore, commitments in trial courts and other appellate deadlines—as well as personal commitments during the holiday season—facing Appellants' counsel make additional time to adequately prepare and file Appellants' reply necessary. Therefore, Appellants requests that the Court grant this thirty day extension in order to afford appellate counsel adequate time to thoroughly reply to the complex issues and arguments raised.

This extension is not sought for purposes of delay but that justice may be done.

## PRAYER

For these reasons, Appellants INTEGRITY Global Security, LLC and Green Hills Software, Inc. pray that the Court grant Appellants' motion for a thirty day extension of time, allowing Appellants up to and including January 10, 2017, to reply to Appellees' Brief. Appellants also pray for such further relief to which they may be entitled.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Dale Wainwright*
    Dale Wainwright
    State Bar No. 00000049
    wainwrightd@gtlaw.com
    Alan W. Hersh
    State Bar No. 24080944
    hersha@gtlaw.com
    300 West 6th Street, Suite 2050
    Austin, Texas 78701
    Telephone: (512) 320-7200
    Facsimile: (512) 320-7210

By: */s/ Frank E. Merideth, Jr.*
    Frank E. Merideth, Jr.
    California State Bar No. 46266
    Admitted *Pro Hac Vice*
    1840 Century Park East, Suite 1900
    Los Angeles, CA 90067-2101
    Telephone: (310) 586-7879
    Facsimile: (310) 586-0275
    meridethf@gtlaw.com

*Counsel for Appellants*
*INTEGRITY Global Security, LLC and Green Hills Software, Inc.*

## CERTIFICATE OF CONFERENCE

I certify that I communicated about this Unopposed Motion for Extension of Time to File Appellants' Reply Brief with Sinead O'Carroll, counsel for Appellees, and she advised that they do not oppose the relief requested in this motion.

/s/ Alan Hersh
Alan Hersh

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Court and that counsel of record, who are deemed to have consented to electronic service, are being served on this 5th day of December 2017 via the court's CM/ECF System.

Beverly Reeves
State Bar No. 16716500
breeves@reevesbrightwell.com
Kim Brightwell
State Bar No. 02992700
kbrightwell@reevesbrightwell.com
Sinead O'Carroll
State Bar No. 24013253
socarroll@reevesbrightwell.com
REEVES & BRIGHTWELL LLP
221 W. 6th Street, Suite 1000
Austin, Texas 78701
Phone: (512) 334-4500
Facsimile: (512) 334-4492

*Counsel for Defendants*
*Dell Marketing L.P.,*
*Dell Federal Systems L.P., and*
*Dell Products L.P.*

/s/ Dale Wainwright
Dale Wainwright

4